**812**        Cases Reported with Brief Syllabi.

Paul S. Collier, Appellant, v. Frederick J. Trimmal, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

Fred Lensky, Respondent, v. Adam Szynkowski and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

Simon Wertheimer and Another, Respondents, v. Rita Bunton Boehm, Appellant.— Motion for leave to appeal to Court of Appeals granted. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

Patrick J. Davern, Respondent, v. American Mutual Liability Insurance Company, Appellant.— Motion for leave to appeal to Court of Appeals granted. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

In the Matter of the Estate of Ida C. Potts, Deceased.— Motion to amend order of affirmance denied. Motion for leave to appeal to Court of Appeals granted. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

Alice P. Williams, Appellant, v. Gibson T. Williams, Respondent.— Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

Clara E. Brown, Respondent, v. Francis T. Shyne, Appellant.— Motion for leave to appeal to Court of Appeals granted. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

Cyrus Wolf, Respondent, v. Florence M. Schick and Others, Appellants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

Susie J. Allendorf, Respondent, v. Fidelity and Casualty Company of New York, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

Frederick C. Gratwick, Respondent, v. Carl H. Smith, Appellant.— Motion for leave to appeal to Court of Appeals granted. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

Richard Claxton Hallock, Appellant, v. Alice M. Fairchild and Others, Respondents.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

Erna Knight, Respondent, v. Robert F. Schelling, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

Sylvia Knight, an Infant, etc., Respondent, v. Robert F. Schelling, Appellant.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

James R. McCarthy, Respondent, v. Emma O'Dell, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

Harriet L. Search, Appellant, v. Immanuel Baptist Church, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Clark, Davis, Sears, Crouch and Taylor, JJ.

Joseph Helman, an Infant, etc., Respondent, v. International Railway Company, Appellant.— Motion for reargument denied, with ten dollars costs.